**DENIED and Opinion Filed July 31, 2024**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-24-00719-CV**

### IN RE MUAMAR ASAD SAYYED, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82405-07**

## MEMORANDUM OPINION
Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Breedlove

In his June 13, 2024 petition for writ of mandamus, relator seeks, at least, to compel the trial court to rule on and grant his April 26, 2019 "Motion to Vacate the Void Order to Amend the Indictment Nunc Pro Tunc."

Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.); *see also* TEX. R. APP. P. 52.3(c), 52.3(d), 52.3(g), 52.3(i), 52.3(j), 52.3(k)(1)(A), 52.7(a)(1), 52.7(a)(2). For example, relator failed to certify that he has reviewed the petition and concluded that every factual

statement in the petition is supported by competent evidence included in the appendix or record, as required by rule 52.3(j). *See* TEX. R. APP. P. 52.3(j); *In re Stewart*, No. 05-19-01338-CV, 2020 WL 401764, at *1 (Tex. App.—Dallas Jan. 24, 2020, orig. proceeding) (mem. op.) (explaining that our precedent requires "exceptionally strict compliance" with rule 52.3(j)). Additionally, the documents included in the appendix and record are not properly certified or sworn copies. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1); *In re Leonard*, No. 05-23-00546-CV, 2023 WL 3944376, at *1 (Tex. App.—Dallas June 12, 2023, orig. proceeding) (mem. op.) (explaining how to obtain properly certified or sworn copies).

Accordingly, we deny the petition for writ of mandamus.

/Maricela Breedlove/
MARICELA BREEDLOVE
240719F.P05                          JUSTICE